UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRENCE T. POWELL,<br><br>                Petitioner,<br><br>   v.<br><br>MARTHA KARR,<br><br>                Respondent. | No. C10-5297 BHS/KLS<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |

Petitioner's application for leave to proceed in forma pauperis (Dkt. 1) is **GRANTED**.

Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

DATED   29th   day of April, 2010.

                                                */s/ Karen L. Strombom*
                                                Karen L. Strombom
                                                United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS - 1