UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRENCE T. POWELL,

    Petitioner,

v.

MARTHA KARR,

    Respondent.

CASE NO. C10-5297BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 5. The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The Report and Recommendation is **ADOPTED**;

(2)     This action is administratively closed and the clerk is directed to transfer the case to the Ninth Circuit in accordance with Circuit Rule 22-3(a) because this is a successive § 2254 petition.

DATED this 10th day of June, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER