AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

TERRENCE T. POWELL

JUDGMENT IN A CIVIL CASE

v.

MARTHA KARR

CASE NUMBER: C10-5297BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is **ADOPTED**; and

This action is administratively closed and the clerk is directed to transfer the case to the Ninth Circuit in accordance with Rule 22-3(a) because this is a successive §2254 petition.

| | |
|---|---|
| June 14, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |